Wisan, Bruce R.
Matter:   000001 - UEP Trust

April 22, 2008
Page 21

## Professional Fees Continued...

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 11/10/07 | JLS | Telephone call from Bruce Wisan; review Warren Jeffs' Escalade documents and use in defending the motion to quash subpoena and the jail house tapes filed by Warren Jeffs' new civil counsel; review files of pleadings that were sealed and have now been unsealed by Judge Shumate; analyze how those documents can be used in negotiations with Warren Jeffs' counsel and prevail on the motion to compel. | 1.50 | 412.50 |
| 11/11/07 | JLS | Review the video/DVD of Warren Jeffs' meeting with Nephi Jeffs and Warren's confession to not being a prophet; telephone call from Bruce Wisan; discuss his telephone call; strategize on how to use the DVD in the sociological and psychological war with the beneficiaries of the Trust. | 1.25 | 343.75 |
| 11/12/07 | ZTS | Begin work on drafting motion to partially consolidate/transfer venue; review research and Code; assemble research; analyze and do rough outline of motion and memorandum; begin drafting motion; analyze relief requested and the basis for relief; review forms, etc.; finalize draft of motion; begin work on drafting of memorandum; analyze and begin drafting statement of facts; review other memoranda; go on line and find Court's website and other cases; analyze regarding other transfers to Judge Lindberg and basis for recusal; confer with Jeff Shields regarding the same; discuss research findings regarding motion to quash and rules regarding limited appearance of attorneys, etc.; meeting with Jeff Shields to discuss issues regarding the Harkers; get information regarding phone call with Harkers; analyze and discuss; plan strategy regarding meeting with Paul Harker and Bob Holt, taking of depositions, status of subpoenas, etc.; continue work on drafting memorandum; begin drafting of statement of facts. | 6.00 | 1,260.00 |

Continued . . .

TERMS: INVOICE DUE UPON RECEIPT
1-1/2% delinquent charge will be assessed on all accounts
30 days past due (18% annual percentage rate)