CALLISTER NEBEKER & MCCULLOUGH
JEFFREY L. SHIELDS (2947)
MARK L. CALLISTER (6709)
ZACHARY T. SHIELDS (6031)
MICHAEL D. STANGER (10406)
Zions Bank Building Suite 900
10 East South Temple
Salt Lake City, Utah 84133
Telephone: 801-530-7300
Facsimile:  801-364-9127
jlshields@cnmlaw.com
mcallister@cnmlaw.com
zachshields@cnmlaw.com
mstanger@cnmlaw.com

Attorneys for Plaintiff Bruce R. Wisan, as the Court-Appointed
Special Fiduciary of the United Effort Plan Trust

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| THE FUNDAMENTALIST CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an Association of Individuals,<br><br>    Plaintiffs,<br><br>v<br><br>BRUCE R. WISAN, Special Fiduciary of the United Effort Plan trust; MARK SHURTLEFF, Attorney General for the State of Utah, TERRY GODDARD, Attorney General for the State of Arizona; and DENISE POSSE LINDBERG, Judge of the Third Judicial District court of Salt Lake County, State of Utah,<br><br>    Defendants. | **AFFIDAVIT OF JETHRO BARLOW**<br><br><br>Case No.2:08-cv-772-DB<br><br>Judge Dee Benson |

STATE OF UTAH                )
                             ) ss
COUNTY OF SALT LAKE          )

1.     I, Jethro Barlow, am over the age of 21, am competent to testify, and have personal knowledge of the facts set forth herein.

2.     I have read the Affidavit of Willie Jessop in Support of Motion for Temporary Restraining Order and Preliminary Injunction dated November 2, 2008 ("Willie Jessop Affidavit"). Many statements in the Willie Jessop Affidavit are not true, are not complete, or are not based on the personal knowledge of Willie Jessop.

3.     I was born on August 7, 1952, in the community of Short Creek, which consists of the cities of Hildale, Utah, and Colorado City, Arizona (the "Twin Cities"), into a fundamentalist Mormon family and raised as a member of the religious movement known to its adherents as the Priesthood Work, portions of which have since evolved into the Fundamentalist Church of Jesus Christ of Latter-Day Saints ("the FLDS Church"). When a portion of the FLDS Church evolved under Warren Jeffs' administration into a revised version of the Fundamentalist Church which I had been a part of, I exercised my religious freedom and chose not to participate.

4.     I have lived in Short Creek almost my entire life (47 out of 58 years). I taught religious classes, including Church History, Book of Mormon, and New Testament to the middle school and high school students as well as adult evening classes for more than ten years in the local seminary.

2

5.      I have also maintained a professional CPA practice in the community for over 30 years and I have had direct contact with the Trustees of the United Effort Plan Trust ("UEP" or "Trust" or "UEP Trust") as well as City officials and many business owners in the Twin Cities. As a long time resident of the Twin Cities, I have personal knowledge of the development and growth that has taken place within the Twin Cities over the past fifty years.

6.      As a community member and Trust Participant, I am personally familiar with the dynamics of the UEP Trust and its relationship to the religious community, the incorporated municipalities, and the local businesses. I personally built a home and several businesses in the community.

7.      As I grew up in the community and throughout my adult years of participation in the UEP Trust and the Priesthood Work, I have observed the following:

a.      The UEP Trust was first formed in 1942 as business holding company to unify the economic efforts of its anticipated members. Specific rules were set up to manage the continuity of the business and to approve future membership. Distribution of the residual assets on termination was provided for as an equal partnership among the members on an equal basis.

b.      The UEP never was and never pretended to be a religion. No religious ordinances including membership by baptism and confirmation were ever performed in the name of the UEP.

c.      The religious effort was simply referred to as "The Work," or "The Group."

3

550829-1

d.      The accepted ecclesiastical leadership was designated "The Priesthood Council" and the UEP Trust leaders were referred to as "Trustees."  These two leadership groups were never synonymous.

e.      Fred M. Jessop, for example was always known to be a Trustee of the UEP but was never ordained as an "Apostle," nor a member of the "Priesthood Council." Conversely. Alma A Timpson was a member of the Council but never appointed as Trustee of the UEP Trust.

f.      The formal adaptation of the name "Fundamentalist" and the identification as "FLDS" began in the late 1980's when the "Priesthood Council" was split over doctrinal issues and the minority contingent of adherents were first ostracized and then excluded from church functions.  Many of these excluded members continued their "Fundamentalist" beliefs and traditions but were forced to practice their religion independently from the majority.

g.      A large contingent of former members of the church and members of the UEP Trust were effectively excluded from Trust benefits through the vetoing of requests for building lots, building permits, and other benefits.

h.      The Trustees of the UEP Trust sent a letter to residents of Trust property which declared that the "members" were to be considered "Tenants-at-will."

i.      The Tenant-at-will dispute matured into a lawsuit and the protracted legal conflict known as Stubbs v. Jeffs which cost the UEP Trust millions of dollars and many years of protracted disharmony in the communities.

4

j.      In the Stubbs v. Jeffs case the UEP Trust was represented by the law firm of Snow Christensen and Martineau. Some of the litigant participants were eventually awarded life estates in their homes.

k.      After the Utah Supreme Court decision in the Stubbs v. Jeffs case, counsel for the UEP assisted in preparing the re-statement of the UEP Trust (1998).

l.      Hundreds of adult members and thousands of young members of the FLDS faith were excommunicated, disfellowshipped, and exiled from their homes by Warren Jeffs beginning after the stroke of his father Rulon Jeffs and escalating after Rulon's death.

m.      Warren Jeffs unilaterally excommunicated and disfellowshipped many of the presiding Patriarchs, Town Council members, heads of large families, and hundreds of individuals and then proceeded into personal hiding in various places around the Western States which he referred to as "places of refuge."

n.      From these places of refuge Warren Jeffs continued to excommunicate and punish members and to declare that Short Creek was "rejected of God," and that the faithful would be named by God through himself to join him in the places of refuge.

o.      Warren Jeffs commanded that all construction and home building in Short Creek be stopped. Money paid for sewer and water development was diverted to certain places of refuge (Mancos, Colorado and Eldorado, Texas), and payments from the community residents for real property taxes and utility services were diverted through Willie Jessop from the community leaving the taxes unpaid and the utility services neglected.

p.     In keeping with his condemnation of Short Creek, Warren Jeffs instructed Willie Jessop to sell the UEP property located in Apple Valley and figure out how to channel the proceeds to the places of refuge.  Warren Jeffs also commanded John Wayman to prepare to move the business of Western Precision from the Twin Cities to Nevada.

q.     Willie Jessop falsely accuses the Special Fiduciary of being responsible for the economic decline in the Short Creek community.  The real cause of the economic decline is the abandonment of the Trust by the former trustees and the wholesale condemnation and organized dissolution of the Trust assets under the direction of Warren Jeffs.  Warren Jeffs' first ordered a halt to all building in Short Creek.  He then re-directed the water and sewer funds from the community and began the liquidation of non-residential Trust property.

r.     Warren Jeffs recently issued A Proclamation to the Government Officials of the United States of America and to the Government Officials of Canada ("Proclamation"), a copy of which is attached hereto as Exhibit A.  Warren Jeffs' signature as President of the Quorum of the First Presidency of the FLDS Church appears on the Proclamation.

8.     As a result of my experience and extensive knowledge of the Twin Cities, I was hired by Bruce R. Wisan, the Court-appointed Fiduciary (the "Fiduciary"), to assist him in the local issues of the administration of the UEP Trust.

9.     When I was hired, the community businesses were closed, no construction was in progress, and the park and zoo were empty and overgrown with weeds.  Representatives of the local city governments blamed the Court and the Special Fiduciary for the depressed conditions of the community.

6

550829-1

10.     One of the first duties and responsibilities that the Court ordered the Special Fiduciary to perform was an inventory of the assets of the trust. I assisted in the research of the records of Washington County UT, Mohave County AZ, and British Columbia to identify the real property assets. The job of the Special Fiduciary has been more complex than it needed to be because former Trustees (LeRoy and Warren Jeffs) refused to turn over Trust records to the Special Fiduciary.

11.     The UEP Trust as now reformed is independent from all forms of religious organization, whether it be The Work, the Priesthood Work, F LDS, or Warren Jeffs' new organization.

12.     In reliance on the appointment of the Special Fiduciary, in 2005 I moved my family back to Hildale, Utah, into the home which I constructed on UEP property.

13.     In reliance on the appointment of the Special Fiduciary, dozens of Trust Participants have met with the Advisory Board and the Housing Committee and with permission from the Special Fiduciary have now also moved their families in order to re-occupy homes located on UEP land that they had built.

14.     In addition to the obvious state of abandonment which consisted of vacant properties, closed businesses and lack of any discernable business activity, the Fiduciary was also subjected to a communication black out. Warren Jeffs adherents were instructed specifically to not cooperate with the Court-appointed administration of the UEP.

15.     In an attempt to open the communications lines, the Fiduciary held a series of public meetings in Hildale, Utah, which Warren Jeffs adherents refused to attend. The Fiduciary

widely advertised in the Short Creek community draft forms of documents which he intended to use to administer the Trust and requested input from all residents of the community. The Warren Jeffs adherents refused to respond.

16.     When the Board of Advisors was being appointed by the Court, under Court direction, the Fiduciary advertised in every post office box in the entire zip codes of 86021 (Colorado City, Arizona) and 84784 (Hildale, Utah). The Warren Jeffs adherents refused to make a single application. In response to numerous complaints from persons who claim that the Warren Jeffs adherents are not adequately represented on the Housing Committee, I have continually asked the person complaining if he would be willing to serve on the Housing Committee and in every case they have declined.

17.     The cities of Colorado City and Hildale City continue to refuse to deal with the Special Fiduciary and his agents. Approximately ninety percent (90%) of the property in the two cities is owned by the United Effort Plan Trust. Matters that affect UEP property regularly appear on the cities' agendas for council meetings. I am often the only person who attends city council meetings as a citizen. All of the other people in attendance are city employees or officials. I have repeatedly requested to receive notices on behalf of the United Effort Plan Trust. Yet, both Colorado City and Hildale City repeatedly refuse to send notice to me or the Fiduciary and continually change the schedule and hold special meetings to avoid hearing from the Trust.

18.     The allocation and distribution of the real property tax is a very significant annual event. The collection of those taxes with the accounting and tracking of who paid is almost a full

time job. This burdensome job has been exacerbated by the no communication policy of the Warren Jeffs adherents. The Warren Jeffs adherents have repeatedly refused to appoint a liaison with the Fiduciary to compare records, reconcile differences, or identify the occupants/users of specific Trust properties.

19.     It would be impractical to identify the numerous and various ways in which the city governments and the Church administration have obstructed the management of the UEP Trust. Since the appointment of the Fiduciary, such obstructions have resulted in numerous discrimination claims against the city police, utility departments, and building departments. The Civil Rights Division of the Arizona Attorney General's office recently issued a finding of religious discrimination. Access to historically publicly used properties located on UEP land repeatedly turns into confrontations. Phony and flimsy arrests and citations have been issued for the purpose of intimidation then reversed and/or dropped. The streets and alleys on UEP property have been illegally closed without any authority or notice to the Trust. Utility services have been and are still being denied on the sole premise of religious standing.

20.     While the UEP Trust owns the cemetery with nearly 7,000 vacant burial lots, the Church has usurped control of the cemetery and has denied access to Trust Participants' families based upon the lack of good standing in the FLDS Church. Warren Jeffs adherents have ignored property rights and signed illegal leases and seized possession of homes, businesses, water resources, vacant lots, and farm lands.

21.     Every city employee, without exception, is a Warren Jeffs adherent. The local cities, under the control of Warren Jeffs adherents, have changed ordinances and adopted

9

procedures designed to exclude the UEP Trust administration the usual process of land use planning, building code, fence ordinances, utility services, subdivision ordinances, and even building permits issued on UEP land.

22.     Granting a temporary restraining order will aggravate, multiply, and exacerbate the problems discussed above. If the temporary restraining order is denied, all Trust Participants will retain the option of using the peaceful petition for benefit process to receive benefits from the Trust in accordance with the Reformed Trust under the supervision of the Court.

23.     I have worked closely with the Special Fiduciary and with his attorneys and the entire Advisory Board. I can attest to their sincere respect for all of the Participants in the UEP Trust.   With the exception of Robert Huddleston who is a professional educator with administrative experience at the Dixie State College, all of the members of the Advisory Board, both past and present, have many of their dearest friends and close family members now living in the community on UEP Trust property.  These advisors and Housing Committee members have close family ties to the Warren Jeffs adherents, myself included.  At the present time, several of my children and grandchildren are associated with the Warren Jeff adherents.  None of the Board of Advisors are "avowed enemies of the FLDS Church" as alleged by Willie Jessop.

24.     All of the Advisory Board meetings and the decisions and recommendations of the Housing Committee have been well considered and based on the criteria set forth in the Reformed Trust.

25.     Historically, use and occupancy of real estate located on UEP land came with an obligation to donate/pay for administrative costs of operating the Trust.  Since the Fiduciary's

550829-1

appointment, most of the Warren Jeffs adherents have refused to consistently pay any fees toward occupancy which are desperately needed for administrative functions.

/

/

/

/

/

/

/

/

/

/

/

/

/

/

/

/

/

/

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED: November _5_, 2010

_(signature)_
JETHRO BARLOW

On November _5_, 2010, before me, the undersigned, a Notary Public in and for said State, personally appeared Jethro Barlow, known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same.

_(signature)_
Notary Signature and Seal

OFFICIAL SEAL
MADRENE DUTSON
NOTARY PUBLIC - STATE OF ARIZONA
MOHAVE COUNTY
My Comm. Expires May 1, 2014

CERTIFICATE OF SERVICE

I hereby certify that the foregoing **AFFIDAVIT OF JETHRO BARLOW** was served via the Court's CM/ECF electronic filing system, on November 9, 2010.  A copy of the Court's Electronic Mail Notice List is attached.


/s/ Jeffrey L. Shields

# Mailing Information for a Case 2:08-cv-00772-DB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James C. Bradshaw**
  jim@brownbradshaw.com,carol@brownbradshaw.com,michelle@brownbradshaw.com

- **Stephen C. Clark**
  sclark@joneswaldo.com,msorenson@joneswaldo.com,aarmstrong@joneswaldo.com

- **Frederick M. Gedicks**
  gedicksf@lawgate.byu.edu,intakeclerk@scmlaw.com

- **Ryan M. Harris**
  rharris@joneswaldo.com,khess@joneswaldo.com

- **Randy S. Hunter**
  randyhunter@utah.gov

- **Jerrold S. Jensen**
  jerroldjensen@utah.gov,scornell@utah.gov

- **Kenneth A. Okazaki**
  kokazaki@joneswaldo.com

- **Rodney R. Parker**
  rparker@scmlaw.com,intakeclerk@scmlaw.com

- **William A. Richards**
  bill.richards@azag.gov,connie.lopez@azag.gov,charlotte.haught@azag.gov

- **Bridget K. Romano**
  bromano@utah.gov,peggywheeler@utah.gov,federalcourt@utah.gov

- **Jeffrey L. Shields**
  jlshields@cnmlaw.com,njpotter@cnmlaw.com

- **Zachary T. Shields**
  zachshields@cnmlaw.com,alambert@cnmlaw.com

- **Michael D. Stanger**
  mstanger@cnmlaw.com,kspencer@cnmlaw.com

- **Peggy E. Stone**
  pstone@utah.gov,federalcourt@utah.gov,shaunallen@utah.gov

- **Richard A. Van Wagoner**
  rvanwagoner@scmlaw.com,intakeclerk@scmlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore

require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

• (No manual recipients)

**Comma delimited list of email addresses that may be used for copying and pasting into your own email program:**

jim@brownbradshaw.com,carol@brownbradshaw.com,michelle@brownbradshaw.com,sclark@joneswaldo.com,
msorenson@joneswaldo.com,aarmstrong@joneswaldo.com,gedicksf@lawgate.byu.edu,intakeclerk@scmlaw.com,
rharris@joneswaldo.com,khess@joneswaldo.com,randyhunter@utah.gov,jerroldjensen@utah.gov,
scornell@utah.gov,kokazaki@joneswaldo.com,rparker@scmlaw.com,bill.richards@azag.gov,
connie.lopez@azag.gov,charlotte.haught@azag.gov,bromano@utah.gov,peggywheeler@utah.gov,
federalcourt@utah.gov,jlshields@cnmlaw.com,njpotter@cnmlaw.com,zachshields@cnmlaw.com,
alambert@cnmlaw.com,mstanger@cnmlaw.com,kspencer@cnmlaw.com,pstone@utah.gov,
shaunallen@utah.gov,rvanwagoner@scmlaw.com

(Too many email addresses to create a "mailto" link - more than 256 characters.)

# EXHIBIT A

# A Proclamation to the Government Officials
# of the United States of America and to the
# Government Officials of Canada

\*   \*   \*   \*   \*

Copyright 2010 by The FLDS Church

All rights reserved. No part of this book may be reproduced or
utilized in any form or by any means, electronic or mechanical
including photocopying, recording or by any information
storage and/or retrieval system, without, written permission
from the publisher.

# A Proclamation to the Government Officials of the United States of America and to the Government Officials of Canada

Inasmuch as government officials have joined with those who were once members of Fundamentalist Church of Jesus Christ of Latter-day Saints, who are now apostate and determined to destroy the Church; and inasmuch as these government officials are now bringing prosecutions upon members of the said Church, and have fought to use Church records to persecute and prosecute members of said Church; and inasmuch as our religious freedoms are not upheld by these government officials, even to incarcerate them for performing their religious duties and living the revealed laws of their religion as given through the Prophet Joseph Smith -- We declare the warning of the Lord Jesus Christ, whom we serve, that all those who thus stretch forth their hands to bring prosecution and persecution upon His Church and use His sacred records to bring unjust and libelous attacks upon His people, He, the Lord, will send His judgments upon them, that they may know they are fighting against His Church and Kingdom on earth. And we give His warning, and not of man as He has thus directed us, His servants. And let all be warned that the Lord Jesus Christ, who created all things, who sees and knows all things, and has all power, shall fulfill His word. This, through His servants, who only seek the salvation of all men, unto the glory of God.

We, the Quorum of the First Presidency of the Fundamentalist Church of Jesus Christ of Latter-day Saints, by the command of our Lord Jesus Christ, send to this nation and generation His warning, even a revelation of God to you, along with His revealed word through His Prophet Joseph Smith Jr., and other Prophets, including His own words. And we do this with soberness, with great yearnings unto God for the salvation of the souls of all men and their families, and peoples of the earth; for the Lord is God, and He shall fulfill all His words. And He lieth not, but is a God of truth. And this is our testimony to this generation, that the Lord will fulfill all His words revealed through all His holy Prophets. And with fear and trembling before Him, we uphold all His words, and seek His grace to attend the honest in heart of all nations, to prepare for the great day of the Lord. (October 2009)

Copyright 2010 by the FLDS Church

# Revelation of the Lord Given to President Warren S. Jeffs

### Kingman, Arizona
### Friday, October 2, 2009

1. Thus saith the Lord unto the people of this nation who call themselves the nation of the United States of America, founded upon the Constitution that I, the Lord, established through those inspired men who fought for and loved liberty for all mankind;

2. I, the Lord, Jesus Christ, the Savior of the world, have looked upon the people of this nation, and have seen their abominations and gross wickedness, and their murders and secret combinations, and have seen the wickedness in high places among the rulers of this nation;

3. And I say unto you, repent or be destroyed in the flesh; for I, the Lord, have weighed you in the balance and found this nation wanting; even unto their cup of iniquity full and running over.

4. I, the Lord, created this earth and preserved this land upon which this nation of the United States of America now exists, for a wise purpose in me, even to establish my Zion.

5. And I, the Lord, established my Church of Jesus Christ of Latter-day Saints upon this land through my servant Joseph Smith Jr., to fulfill my purposes, to gather mine elect unto the redemption of Zion.

6. And this nation has persecuted and driven my people, and brought upon them persecutions against my people through laws that were unconstitutional;

7. For the rights of freedom of religion, I, the Lord, inspired the founders of this nation to guarantee, and preserve for all classes and lawful organizations, to maintain their rights of worship.

8. And thus saith the Lord: my judgments shall now come upon you as you continue to prosecute my people who are of my Church and Kingdom upon the earth.

9. And I say unto you, let my people go, and allow them their rights and privileges of worship, to establish my Zion upon the lands that my people have purchased and consecrated unto me .

10. For I, the Lord, am with them as they abide in their covenants with me, in living the laws of God, which are always more pure than the laws of man, unto the salvation of souls.

11. For my people only desire to fulfill my purposes of salvation for all

mankind who come unto me, and this through my revealed word.

12. And I, the Lord, shall fulfill my promises and uphold my word as revealed through all my holy Prophets, as recorded in the scriptures.

13. And now I say unto this nation, uphold the rights of worship of my people of the Church of Jesus Christ of Latter-day Saints, known among you as the Fundamentalist Church of Jesus Christ of Latter-day Saints; those who have received and are abiding my Celestial laws.

14. For that branch called the Church of Jesus Christ of Latter-day Saints known by the world has become corrupt, and broke away from my Priesthood authority, and they rejected my Celestial Law of marriage; and I, the Lord, have rejected them.

15. And they shall be brought low, and feel the chastening hand of God for all their abominations against the laws of God.

16. And I say unto this people of this nation; repent ye, repent ye; for my judgments are already upon you, and will soon be poured out without measure, beginning at the house of God; those who have professed to know my name, and have blasphemed against me, and changed the law and ordinances of my Gospel, and submitted to the ways and persuasions of men.

17. Oh ye people of this nation; I, the Lord, shall soon bring upon you the overflowing scourge, and who can stay my hand?

18. For this land shall be cleansed for the rise of Zion in fulness.

19. And I say unto you, restore to my people their lands and houses, and deliver my people from the hand of their oppressors.

20. This from the Lord your God who created you, and who upholds all nations and peoples in their place. Even so. Amen.

## Warnings of the Lord to this Nation and Generation and the Nations of the Earth Through Joseph Smith and Other Prophets

**Doctrine and Covenants Section 1**

1. Hearken, O ye people of my church, saith the voice of him who dwells on high, and whose eyes are upon all men; yea, verily I say:

Hearken ye people from afar; and ye that are upon the islands of the sea, listen together.

2. For verily the voice of the Lord is unto all men, and there is none to

Copyright 2010 by the FLDS Church

Friday, October 2, 2009

escape; and there is no eye that shall not see, neither ear that shall not hear, neither heart that shall not be penetrated.

3. And the rebellious shall be pierced with much sorrow; for their iniquities shall be spoken upon the housetops, and their secret acts shall be revealed.

4. And the voice of warning shall be unto all people, by the mouths of my disciples, whom I have chosen in these last days.

5. And they shall go forth and none shall stay them, for I the Lord have commanded them.

6. Behold, this is mine authority, and the authority of my servants, and my preface unto the book of my commandments, which I have given them to publish unto you, O inhabitants of the earth.

7. Wherefore, fear and tremble, O ye people, for what I the Lord have decreed in them shall be fulfilled.***

38. What I the Lord have spoken, I have spoken, and I excuse not myself; and though the heavens and the earth pass away, my word shall not pass away, but shall all be fulfilled, whether by mine own voice or by the voice of my servants, it is the same.

**Book of Mormon**
**Ether Chapter 2**

8. And he had sworn in his wrath unto the brother of Jared, that whoso should possess this land of promise, from that time henceforth and forever, should serve him, the true and only God, or they should be swept off when the fulness of his wrath should come upon them.

9. And now, we can behold the decrees of God concerning this land, that it is a land of promise; and whatsoever nation shall possess it shall serve God, or they shall be swept off when the fulness of his wrath shall come upon them. And the fulness of his wrath cometh upon them when they are ripened in iniquity.

10. For behold, this is a land which is choice above all other lands; wherefore he that doth possess it shall serve God or shall be swept off; for it is the everlasting decree of God. And it is not until the fulness of iniquity among the children of the land, that they are swept off.

11. And this cometh unto you, O ye Gentiles, that ye may know the decrees of God -- that ye may repent, and not continue in your iniquities until the fulness come, that ye may not bring down the fulness of the wrath of God upon you as the inhabitants of the land have hitherto done.

12. Behold, this is a choice land, and whatsoever nation shall possess it

shall be free from bondage, and from captivity, and from all other nations under heaven, <u>if they will but serve the God of the land, who is Jesus Christ</u>, who hath been manifested by the things which we have written.

### Teachings of the Prophet
### Joseph Smith Page 17

<u>And now I am prepared to say by the authority of Jesus Christ, that not many years shall pass away before the United States shall present such a scene of bloodshed as has not a parallel in the history of our nation; pestilence, hail, famine, and earthquake will sweep the wicked of this generation from off the face of the land, to open and prepare the way for the return of the lost tribes of Israel from the north country.</u> The people of the Lord, those who have complied with the requirements of the new covenant, have already commenced gathering together to Zion, which is in the state of Missouri; therefore I declare unto you the warning which the Lord has commanded me to declare unto this generation, remembering that the eyes of my Maker are upon me, and that to Him I am accountable for every word I say, <u>wishing nothing worse to my fellowmen than their eternal salvation;</u> therefore, "Fear God, and give glory to Him, for the hour of His judgment is come." <u>Repent ye, repent ye, and embrace the everlasting covenant,</u> and

flee to Zion, before the overflowing scourge overtake you, for there are those now living upon the earth whose eyes shall not be closed in death until they see all these things, which I have spoken, fulfilled. Remember these things; <u>call upon the Lord while He is near, and seek Him while He may be found</u>, is the exhortation of your unworthy servant.

(Signed) JOSEPH SMITH, JUN.

### Doctrine and Covenants Section 65

1. Hearken, and lo, a voice as of one sent down from on high, who is mighty and powerful, whose going forth is unto the ends of the earth, yea, whose voice is unto men -- Prepare ye the way of the Lord, make his paths straight.

2. The keys of the kingdom of God are committed unto man on the earth, and from thence shall the gospel roll forth unto the ends of the earth, as the stone which is cut out of the mountain without hands shall roll forth, until it has filled the whole earth.

3. Yea, a voice crying -- Prepare ye the way of the Lord, prepare ye the supper of the Lamb, make ready for the Bridegroom.

4. Pray unto the Lord, call upon his holy name, make known his wonderful works among the people.

5. <u>Call upon the Lord, that this kingdom may go forth upon the</u>

earth, that the inhabitants thereof may receive it, and be prepared for the days to come, in the which the Son of Man shall come down in heaven, clothed in the brightness of his glory, to meet the kingdom of God which is set up on the earth.

6. Wherefore, may the kingdom of God go forth, that the kingdom of heaven may come, that thou, O God, mayest be glorified in heaven so on earth, that thine enemies may be subdued; for thine is the honor, power and glory, forever and ever. Amen.

### Doctrine and Covenants Section 43

17. Hearken ye, for, behold, the great day of the Lord is nigh at hand.

18. For the day cometh that the Lord shall utter his voice out of the heaven; the heavens shall shake and the earth shall tremble, and the trump of God shall sound both long and loud, and shall say to the sleeping nations: Ye saints arise and live; ye sinners stay and sleep until I shall call again.

19. Wherefore gird up your loins lest ye be found among the wicked.

20. Lift up your voices and spare not. Call upon the nations to repent, both old and young, both bond and free, saying: Prepare yourselves for the great day of the Lord;

21. For if I, who am a man, do lift up my voice and call upon you to repent, and ye hate me, what will ye say when the day cometh when the thunders shall utter their voices from the ends of the earth, speaking to the ears of all that live, saying -- Repent, and prepare for the great day of the Lord?

22. Yea, and again, when the lightnings shall streak forth from the east unto the west, and shall utter forth their voices unto all that live, and make the ears of all that hear, saying these words -- Repent ye, for the great day of the Lord is come?

23. And again, the Lord shall utter his voice out of heaven, saying: Hearken, O ye nations of the earth, and hear the words of that God who made you.

24. O, ye nations of the earth, how often would I have gathered you together as a hen gathereth her chickens under her wings, but ye would not!

25. How oft have I called upon you by the mouth of my servants, and by the ministering of angels, and by mine own voice, and by the voice of thunderings, and by the voice of lightnings, and by the voice of tempests, and by the voice of earthquakes, and great hailstorms, and by the voice of famines and pestilences of every kind, and by the great sound of a trump, and by the voice of judgment, and by the voice

of mercy all the day long, and by the voice of glory and honor and the riches of eternal life, and would have saved you with an everlasting salvation, but ye would not!

26. Behold, the day has come, when the cup of the wrath of mine indignation is full.

27. Behold, verily I say unto you, that these are the words of the Lord your God.

28. Wherefore, labor ye, labor ye in my vineyard for the last time -- for the last time call upon the inhabitants of the earth.

29. For in mine own due time will I come upon the earth in judgment, and my people shall be redeemed and shall reign with me on earth.

30. For the great Millennium, of which I have spoken by the mouth of my servants, shall come.

31. For Satan shall be bound, and when he is loosed again he shall only reign for a little season, and then cometh the end of the earth.

32. And he that liveth in righteousness shall be changed in the twinkling of an eye, and the earth shall pass away so as by fire.

33. And the wicked shall go away into unquenchable fire, and their end no man knoweth on earth, nor ever shall know, until they come before me in judgment.

34. Hearken ye to these words. Behold, I am Jesus Christ, the Savior of the world. Treasure these things up in your hearts, and let the solemnities of eternity rest upon your minds.

35. Be sober. Keep all my commandments. Even so. Amen.

### Doctrine and Covenants Section 101

86. Let them importune at the feet of the judge;

87. And if he heed them not, let them importune at the feet of the governor;

88. And if the governor heed them not, let them importune at the feet of the president;

89. And if the president heed them not, then will the Lord arise and come forth out of his hiding place, and in his fury vex the nation;

90. And in his hot displeasure, and in his fierce anger, in his time, will cut off those wicked, unfaithful, and unjust stewards, and appoint them their portion among hypocrites, and unbelievers;

91. Even in outer darkness, where there is weeping, and wailing, and gnashing of teeth.

92. Pray ye, therefore, that their ears may be opened unto your cries, that I may be merciful unto them, that these things may not come upon them.

Copyright 2010 by the FLDS Church

Friday, October 2, 2009

93. What I have said unto you must needs be, that all men may be left without excuse;

94. That wise men and rulers may hear and know that which they have never considered;

95. That I may proceed to bring to pass my act, my strange act, and perform my work, my strange work, that men may discern between the righteous and the wicked, saith your God.

### Doctrine and Covenants Section 87

1. Verily, thus saith the Lord concerning the wars that will shortly come to pass, beginning at the rebellion of South Carolina, which will eventually terminate in the death and misery of many souls;

2. And the time will come that war will be poured out upon all nations, beginning at this place.

3. For behold, the Southern States shall be divided against the Northern States, and the Southern States will call on other nations, even the nation of Great Britain, as it is called, and they shall also call upon other nations, in order to defend themselves against other nations; and then war shall be poured out upon all nations.

4. And it shall come to pass, after many days, slaves shall rise up against their masters, who shall be marshaled and disciplined for war.

5. And it shall come to pass also that the remnants who are left of the land will marshal themselves, and shall become exceedingly angry, and shall vex the Gentiles with a sore vexation.

6. And thus, with the sword and by bloodshed the inhabitants of the earth shall mourn; and with famine, and plague, and earthquake, and the thunder of heaven, and the fierce and vivid lightning also, shall the inhabitants of the earth be made to feel the wrath, and indignation, and chastening hand of an Almighty God, until the consumption decreed hath made a full end of all nations;

7. **That the cry of the saints, and of the blood of the saints, shall cease to come up into the ears of the Lord of Sabaoth, from the earth, to be avenged of their enemies.**

8. **Wherefore, stand ye in holy places, and be not moved, until the day of the Lord come; for behold, it cometh quickly, saith the Lord. Amen.**

### Doctrine and Covenants Section 45

30. And in that generation shall the times of the Gentiles be fulfilled.

31. And there shall be men standing in that generation, that shall not pass until they shall see an overflowing scourge; for a desolating sickness shall cover the land.

32. But my disciples shall stand in holy places, and shall not be moved; but among the wicked, men shall lift up their voices and curse God and die.

·33. And there shall be earthquakes also in divers places, and many desolations; yet men will harden their hearts against me, and they will take up the sword, one against another, and they will kill one another.\*\*\*

39. And it shall come to pass that he that feareth me shall be looking forth for the great day of the Lord to come, even for the signs of the coming of the Son of Man.

40. And they shall see signs and wonders, for they shall be shown forth in the heavens above, and in the earth beneath.

41. And they shall behold blood, and fire, and vapors of smoke.

42. And before the day of the Lord shall come, the sun shall be darkened, and the moon be turned into blood, and the stars fall from heaven.

43. And the remnant shall be gathered unto this place;

44. And then they shall look for me, and, behold, I will come; and they shall see me in the clouds of heaven, clothed with power and great glory; with all the holy angels; and he that watches not for me shall be cut off.

45. But before the arm of the Lord shall fall, an angel shall sound his trump, and the saints that have slept shall come forth to meet me in the cloud.

46. Wherefore, if ye have slept in peace blessed are you; for as you now behold me and know that I am, even so shall ye come unto me and your souls shall live, and your redemption shall be perfected; and the saints shall come forth from the four quarters of the earth.

47. Then shall the arm of the Lord fall upon the nations.

48. And then shall the Lord set his foot upon this mount, and it shall cleave in twain, and the earth shall tremble, and reel to and fro, and the heavens also shall shake.

49. And the Lord shall utter his voice, and all the ends of the earth shall hear it; and the nations of the earth shall mourn, and they that have laughed shall see their folly.

50. And calamity shall cover the mocker, and the scorner shall be consumed; and they that have watched for iniquity shall be hewn down and cast into the fire.

51. And then shall the Jews look upon me and say: What are these wounds in thine hands and in thy feet?

52. Then shall they know that I am the Lord; for I will say unto them: These wounds are the wounds with which I was wounded in the house of

Copyright 2010 by the FLDS Church                Page 9

my friends. I am he who was lifted up. I am Jesus that was crucified. I am the Son of God.

53.   And then shall they weep because of their iniquities; then shall they lament because they persecuted their king.

54.   And then shall the heathen nations be redeemed, and they that knew no law shall have part in the first resurrection; and it shall be tolerable for them.

55.   And Satan shall be bound, that he shall have no place in the hearts of the children of men.

56.   And at that day, when I shall come in my glory, shall the parable be fulfilled which I spake concerning the ten virgins.

57.   For they that are wise and have received the truth, and have taken the Holy Spirit for their guide, and have not been deceived -- verily I say unto you, they shall not be hewn down and cast into the fire, but shall abide the day.

58.   And the earth shall be given unto them for an inheritance; and they shall multiply and wax strong, and their children shall grow up without sin unto salvation.

59.   For the Lord shall be in their midst, and his glory shall be upon them, and he will be their king and their lawgiver.***

65.   And with one heart and with one mind, gather up your riches that ye may purchase an inheritance which shall hereafter be appointed unto you.

66.   And it shall be called the New Jerusalem, a land of peace, a city of refuge, a place of safety for the saints of the Most High God;

67.   And the glory of the Lord shall be there, and the terror of the Lord also shall be there, insomuch that the wicked will not come unto it, and it shall be called Zion.

68.   And it shall come to pass among the wicked, that every man that will not take his sword against his neighbor must needs flee unto Zion for safety.

69.   And there shall be gathered unto it out of every nation under heaven; and it shall be the only people that shall not be at war one with another.

70.   And it shall be said among the wicked: Let us not go up to battle against Zion, for the inhabitants of Zion are terrible; wherefore we cannot stand.

71.   And it shall come to pass that the righteous shall be gathered out from among all nations, and shall come to Zion, singing with songs of everlasting joy.***

74.   For when the Lord shall appear he shall be terrible unto them, that fear may seize upon them, and they shall stand afar off and tremble.

75.  And all nations shall be afraid because of the terror of the Lord, and the power of his might. Even so. Amen.

## Warnings of the Lord to Those Who Fight Against the Lord's People

### Doctrine and Covenants Section 121

11.  And they who do charge thee with transgression, their hope shall be blasted, and their prospects shall melt away as the hoar frost melteth before the burning rays of the rising sun;

12.  And also that God hath set his hand and seal to change the times and seasons, and to blind their minds, that they may not understand his marvelous workings; that he may prove them also and take them in their own craftiness;

13.  Also because their hearts are corrupted, and the things which they are willing to bring upon others, and love to have others suffer, may come upon themselves to the very uttermost;

14.  That they may be disappointed also, and their hopes may be cut off;

15.  And not many years hence, that they and their posterity shall be swept from under heaven, saith God, that not one of them is left to stand by the wall.

16.  Cursed are all those that shall lift up the heel against mine anointed, saith the Lord, and cry they have sinned when they have not sinned before me, saith the Lord, but have done that which was meet in mine eyes, and which I commanded them.

17.  But those who cry transgression do it because they are the servants of sin, and are the children of disobedience themselves.

18.  And those who swear falsely against my servants, that they might bring them into bondage and death --

19.  Wo unto them; because they have offended my little ones they shall be severed from the ordinances of mine house.

20.  Their basket shall not be full, their houses and their barns shall perish, and they themselves shall be despised by those that flattered them.

21.  They shall not have right to the priesthood, nor their posterity after them from generation to generation.

22.  It had been better for them that a millstone had been hanged about their necks, and they drowned in the depth of the sea.

23.  Wo unto all those that discomfort my people, and drive, and murder, and testify against them, saith the Lord of Hosts; a generation of vipers shall not escape the damnation of hell.

24.  Behold, mine eyes see and know all their works, and I have in reserve a swift judgment in the season thereof, for them all;

Copyright 2010 by the FLDS Church

25. For there is a time appointed for every man, according as his works shall be.

### Doctrine and Covenants Section 136

34. Thy brethren have rejected you and your testimony, even the nation that has driven you out;

35. And now cometh the day of their calamity, even the days of sorrow, like a woman that is taken in travail; and their sorrow shall be great unless they speedily repent, yea, very speedily.

36. For they killed the prophets, and them that were sent unto them; and they have shed innocent blood, which crieth from the ground against them.

### The Lord's Warning through the Prophet Leroy S. Johnson

#### Leroy S. Johnson Volume 7:352
#### February 12, 1984 CCA

The work of God must go on! Great judgments are coming upon this great Church of ours. When Wilford Woodruff signed the Manifesto, he didn't only sign away his rights to the Celestial Law, but he also signed away his right to the Holy Priesthood. Now what kind of priesthood has the Church been operating under for ninety years? -- yea, ninety-four years? Is the "Coming Crisis and How to Meet It" being fulfilled right under our eyes and there is nobody here to defend the Gospel of Jesus Christ?

We will see the judgments of God poured out more and more from this time forth until this part of the earth is empty of its inhabitants -- those who are not able to say, "I am clean every whit," and have the Lord call us up. So we are working under a great handicap, my dear brothers and sisters. If this people that I am speaking to today don't hasten to lay away their sins and their wrong-doings and come clean before the Lord, they are going to find the Lord is not pleased with them, and they will have to go down with the wicked. (Leroy S. Johnson Vol.7 Page 352 First Edition)

#### Leroy S. Johnson Volume 7:394
#### June 24, 1984 Canada

The Lord has said, "Stand ye in holy places and watch the arm of the Lord made manifest." The only holy places we have are our dedicated homes. The Lord is very angry with the Church of Jesus Christ of Latter-day Saints for the way it has acted and operated throughout the last hundred years or more. Since the days of Brigham Young, they have rejected the Celestial Law. Not only that -- when Wilford Woodruff signed the Manifesto, he not only signed away his rights to the Celestial Law, but he signed away his rights to the Priesthood, also. That being the case, what priesthood have they been operating under? They claim they

     Copyright 2010 by the FLDS Church

have been operating under a priesthood. Read "The Coming Crisis and How to Meet it." It will tell you exactly who they have been serving and what has transpired in the last few years.

It is our place now to clean up our minds and get the Spirit of God and keep it, because the Spirit of God is the only protection that we will have. The scriptures tell us that there will be two working at the mill; one will be taken and the other left. Two will be working in the field; one will be taken and the other left, and so forth. This is true. We will have to have the Spirit of God upon us enough to be caught up when the judgments of God go over the earth, then we will be let down again. That is the only way the Lord can protect His people. He says He will protect His saints if He has to send fire from heaven to do so; and this, He will do. (Leroy S. Johnson Vol.7 Page 394 1st Ed.)

### Matthew Chapter 24
### [Inspired Version]

32. And again, this gospel of the kingdom shall be preached in all the world, for a witness unto all nations, and then shall the end come, or the destruction of the wicked.

33. And again shall the abomination of desolation, spoken of by Daniel the prophet, be fulfilled.

34. And immediately after the tribulation of those days, the sun shall be darkened, and the moon shall not give her light, and the stars shall fall from heaven, and the powers of heaven shall be shaken.

35. Verily I say unto you, this generation, in which these things shall be shown forth, shall not pass away until all I have told you shall be fulfilled.

36. Although the days will come that heaven and earth shall pass away, yet my word shall not pass away; but all shall be fulfilled.

37. And as I said before, after the tribulation of those days, and the powers of the heavens shall be shaken, then shall appear the sign of the Son of man in heaven; and then shall all the tribes of the earth mourn.

38. And they shall see the Son of man coming in the clouds of heaven, with power and great glory.

39. And whoso treasureth up my words, shall not be deceived.

40. For the Son of man shall come, and he shall send his angels before him with the great sound of a trumpet, and they shall gather together the remainder of his elect from the four winds; from one end of heaven to the other.

41. Now learn a parable of the fig tree: When its branches are yet tender,

Copyright 2010 by the FLDS Church

Friday, October 2, 2009

and it begins to put forth leaves, ye know that summer is nigh at hand.

42. So likewise mine elect, when they shall see all these things, they shall know that he is near, even at the doors.

43. <u>But of that day and hour no one knoweth; no, not the angels of God in heaven, but my Father only.</u>

44. But as it was in the days of Noah, so it shall be also at the coming of the Son of man.

45. For it shall be with them as it was in the days which were before the flood; for until the day that Noah entered into the ark, they were eating and drinking, marrying and giving in marriage, and knew not until the flood came and took them all away; so shall also the coming of the Son of man be.

46. Then shall be fulfilled that which is written, that, In the last days,

47. Two shall be in the field; the one shall be taken and the other left.

48. Two shall be grinding at the mill; the one taken and the other left.

49. And what I say unto one, I say unto all men; Watch, therefore, for ye know not at what hour your Lord doth come.

50. But know this, if the good man of the house had known in what watch the thief would come, he would have watched, and would not have suffered his house to have been broken up; but would have been ready.

51. Therefore be ye also ready; for in such an hour as ye think not, the Son of man cometh.

52. Who then is a faithful and wise servant, whom his Lord hath made ruler over his household, to give them meat in due season?

53. Blessed is that servant, whom his Lord when he cometh shall find so doing;

54. And, verily I say unto you, he shall make him ruler over all his goods.

55. But if that evil servant shall say in his heart, My Lord delayeth his coming; and shall begin to smite his fellow servants, and to eat and drink with the drunken; the Lord of that servant shall come in a day when he looketh not for him, and in an hour that he is not aware of, and shall cut him asunder, and shall appoint him his portion with the hypocrites; there shall be weeping and gnashing of teeth.

56. And thus cometh the end of the wicked according to the prophecy of Moses, saying, They should be cut off from among the people. But the end of the earth is not yet; but bye and bye.

          Copyright 2010 by the FLDS Church

Luke Chapter 17
[Inspired Version]

26. <u>And as it was in the days of Noe; so shall it be also in the days of the Son of man.</u>

27. They did eat, they drank, they married wives, they were given in marriage, until the day that Noe entered into the ark, and the flood came, and destroyed them all.

28. Likewise also as it was in the days of Lot; they did eat, they drank, they bought, they sowed, they planted, they builded;

29. But the same day that Lot went out of Sodom, it rained fire and brimstone from heaven, and destroyed them all.

30. Even thus shall it be in the day when the Son of man is revealed.

31. In that day, the disciple who shall be on the housetop, and his stuff in the house, let him not come down to take it away; and he who is in the field, let him likewise not return back.

32. Remember Lot's wife.

33. Whosoever shall seek to save his life, shall lose it; and whosoever shall lose his life, shall preserve it.

34. I tell you, in that night there shall be two in one bed; the one shall be taken, and the other shall be left. Two shall be grinding together; the one shall be taken, the other left.

35. Two shall be in the field; the one shall be taken, the other left.

36. And they answered and said unto him, Where, Lord shall they be taken?

37. And he said unto them, Wheresoever the body is gathered; or, in other words, whithersoever the saints are gathered; thither will the eagles be gathered together; or thither will the remainder be gathered together.

38. This he spake, signifying the gathering of his saints; and of angels descending and gathering the remainder unto them; the one from the bed, the other from the grinding, and the other from the field, whithersoever he listeth.

39. For verily there shall be new heavens, and a new earth, wherein dwelleth righteousness.

40. And there shall be no unclean thing; for the earth becoming old, even as a garment, having waxed in corruption, wherefore it vanisheth away, and the footstool remaineth sanctified, cleansed from all sin.

2 Peter Chapter 3
[Inspired Version]

8. But concerning the coming of the Lord, beloved, I would not have you ignorant of this one thing, that one day is with the Lord as a thousand years, and a thousand years as one day.

Copyright 2010 by the FLDS Church       Friday, October 2, 2009

9. The Lord is not slack concerning his promise and coming, as some men count slackness; but longsuffering toward us, not willing that any should perish, but that all should come to repentance.

10. But the day of the Lord will come as a thief in the night, in the which the heavens shall shake, and the earth also shall tremble, and the mountains shall melt, and pass away with a great noise, and the elements shall be filled with fervent heat; the earth also shall be filled, and the corruptible works which are therein shall be burned up.

11. If then all these things shall be destroyed, what manner of persons ought ye to be in holy conduct and godliness,

12. Looking unto, and preparing for the day of the coming of the Lord wherein the corruptible things of the heavens being on fire, shall be dissolved, and the mountains shall melt with fervent heat?

13. Nevertheless, if we shall endure, we shall be kept according to his promise. And we look for a new heavens, and a new earth wherein dwelleth righteousness.

14. Wherefore, beloved, seeing that ye look for such things, be diligent, that ye may be found of him in peace, without spot and blameless;

## The Lord's Warnings Through the Prophet Rulon Jeffs

Rulon Jeffs Volume 7:368
December 6, 1991 SLC

I want you all to understand the continual use of the two words: Keep Sweet, means keep the Holy Spirit of the Lord, until you are full of it. Only those who have it will survive the judgments of God which are about to be poured out without let or hindrance upon the earth, beginning at the house of God, where the Mormons are. I mean the Mormon Church which is now apostate, completely, and will never be set in order. We have the true and living Church of Jesus Christ of Latter-day Saints, under our administration. And we add the word "Fundamentalist" in order to distinguish the true Church of Jesus Christ of Latter-day Saints from the name of the one that now is a complete Gentile sectarian church. The Lord has rejected it.

Rulon Jeffs Volume 7: 402
December 4, 1992 SLC

So, if you will keep the grand teaching that we are trying to get over: Keep the Holy Spirit of God. KEEP SWEET! It is a matter of life or death. You have had the teaching regarding what is required in order for us to survive the judgements, sufficient of the Holy Spirit of God that we can be lifted up and then set down after it is over. That will be the remnant which

will go to redeem Zion. The wicked will be swept off from the face of this land. The wicked are they who come not unto Christ. There is only one people who comes unto Christ, and that is this people under His servant.

### Book of Mormon
### Third Nephi Chapter 30

1. Hearken, O ye Gentiles, and hear the words of Jesus Christ, the Son of the living God, which he hath commanded me that I should speak concerning you, for, behold he commandeth me that I should write, saying:

2. Turn, all ye Gentiles, from your wicked ways; and repent of your evil doings, of your lyings and deceivings, and of your whoredoms, and of your secret abominations, and your idolatries, and of your murders, and your priestcrafts, and your envyings, and your strifes, and from all your wickedness and abominations, and come unto me, and be baptized in my name, that ye may receive a remission of your sins, and be filled with the Holy Ghost, that ye may be numbered with my people who are of the house of Israel.

_Warren S. Jeffs_
Warren S. Jeffs (President)

_Wendell L. Nielsen_
Wendell L. Nielsen (1st Counselor)

_Merril Jessop_
Merril Jessop (2nd Counselor)

Copyright 2010 by the FLDS Church         Friday, October 2, 2009